SCPW-13-0000408

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent,

vs.

CHRIS SLAVICK, Petitioner.

---

ORIGINAL PROCEEDING
(Cr. No. 04-1-001534)

ORDER DENYING MOTION FOR HABEAS CORPUS
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of petitioner Christopher Lee Slavick's "Motion for Habeas Corpus via 660-3", which was filed on April 12, 2013, and which we review as a petition for a writ of habeas corpus, and the record, it appears that habeas corpus relief is available to petitioner in the circuit court and petitioner presents no special reason for invoking the supreme court's original jurisdiction. See Oili v. Chang, 57 Haw. 411, 412, 557 P.2d 787, 788 (1976). Therefore,

IT IS HEREBY ORDERED that the clerk of the appellate court shall process the motion, which we review as a petition for a writ of habeas corpus, without payment of the filing fee.

IT IS HEREBY FURTHER ORDERED that the motion is denied.

DATED:  Honolulu, Hawaiʻi, May 8, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack